

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2018

No. 04-18-00594-CV

Mary **MATTHEWS**,
Appellant

v.

**OLD RIVER ROAD RV RESORT, LLC**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18372A
Honorable Robert R. Barton, Judge Presiding

## O R D E R

The reporter's record was due to be filed with this court on September 4, 2018. *See* TEX. R. APP. P. 35.1. After the due date, court reporter Dandy Middleton filed a first notification of late reporter's record and requested an extension of time to file the record until October 1, 2018.

On September 15, 2018, the reporter's record was filed. The reporter's record is deemed timely filed. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court